IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BENJAMIN L. EAGLE**                                                                                          **PETITIONER**

**v.**                        **Case No. 5:16-cv-00055 KGB/BD**

**SHELIA SHARP, Director,**
**Arkansas Department of Community Correction**                                  **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

Dated this 28th day of April, 2016.

_____
Kristine G. Baker
United States District Judge